C

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROBERT A. COX,                ) Case No. 5:19-cv-01757-AB-JPR
                          )
 Plaintiff,               )
                          ) JUDGMENT OF REMAND
      v.               )
                          )
ANDREW SAUL,            )
Commissioner of Social Security,   )
                          )
 Defendant.            )
_____)

The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of <u>42 U.S.C. § 405(g)</u> and to Entry of Judgment for

Plaintiff ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED**

**AND DECREED** that the above-captioned action is remanded to the

Commissioner of Social Security for further proceedings consistent with the

Stipulation to Remand.


Dated:  5/25/2021

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE